ATLANTA PUBLIC SCHOOLS

130 Trinity Avenue, S. W.
Atlanta, GA 30303 United States of America

| | |
|---|---|
| Number | 53716364 |
| Check Date | 07/15/2021 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

ANGELA M. ANDREWS           **Net Pay**   3233.45

3365 Flat Shoals Road

College Park, GA 30349           NON-NEGOTIABLE

US

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| ANGELA M. ANDREWS | 0718 | 113153 | 61112 | 1301 | 06/30/2021 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | | 4000.58 | 44348.32 |
| Total Deductions | | 767.13 | 9476.12 |
| Total Net | | 3233.45 | 34872.20 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Bonus Pay | | | | 1000.00 |
| HOL Holiday Hours (Included in Base Pay) | 82.50 | | | |
| Hours Worked-Hourly EE | | | | 661.08 |

| | | | | |
|---|---|---|---|---|
| One Time Payment | | | | 1641.66 |
| REG Base Pay (annual salary/24 payments) | | | 3040.58 | 39050.58 |
| Summer School Pay | | -480.00 | -480.00 | 1995.00 |
| | | 1440.00 | 1440.00 | |
| Total | 82.50 | | 4000.58 | 44348.32 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| Federal Withholding Tax | 240.66 | 3458.68 |
| Fica Medicare Employee Tax | 56.74 | 626.57 |
| Georgia State Tax | 142.27 | 1791.55 |
| Total | 439.67 | 5876.80 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| DENTAL PRE-TAX | 7.22 | 93.86 |
| HEALTH-KAISER-PRETAX | 77.07 | 1001.91 |
| Teachers Retirement System | 240.03 | 2462.73 |
| Vision - Pre Tax | 3.14 | 40.82 |
| Total | 327.46 | 3599.32 |

## Company Taxes

| Description | Current | Year to Date |
| --- | --- | --- |
| Fica Medicare Employer | 56.74 | 626.57 |
| Georgia Unemployment | | |
| Total | 56.74 | 626.57 |

## Company Deductions

| Description | Current | Year to Date |
| --- | --- | --- |
| BASIC LIFE | 0.15 | 1.95 |
| DENTAL - COMPANY | 4.50 | 58.50 |
| HEALTH-KAISER-ER | 472.50 | 6142.50 |
| Teachers Retirement System ER | 762.51 | 7823.26 |
| Total | 1239.66 | 14026.21 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
| --- | --- | --- | --- |
| xxxxx1182 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx1000 | Pinnacle Credit Union | 808.36 |
| xxxxx1182 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx0404 | Pinnacle Credit Union | 2425.09 |

## Time Records

| Pay Sum Grp | Position | TR Date | Hours | Wage Amount | Memo |
| --- | --- | --- | --- | --- | --- |
| HOL | 2797 | 06/16/2021 | 7.50 | | |
| HOL | 2797 | 06/17/2021 | 7.50 | | |

| | | | | | |
|---|---|---|---|---|---|
| HOL | 2797 | 06/18/2021 | 7.50 | | |
| HOL | 2797 | 06/21/2021 | 7.50 | | |
| HOL | 2797 | 06/22/2021 | 7.50 | | |
| HOL | 2797 | 06/23/2021 | 7.50 | | |
| HOL | 2797 | 06/24/2021 | 7.50 | | |
| HOL | 2797 | 06/25/2021 | 7.50 | | |
| HOL | 2797 | 06/28/2021 | 7.50 | | |
| HOL | 2797 | 06/29/2021 | 7.50 | | |
| HOL | 2797 | 06/30/2021 | 7.50 | | |
| REG | 2797 | 06/30/2021 | | 3040.58 | |
| SUM | 2797 | 06/15/2021 | | -480.00 | Overpayment 6/30/21 |
| SUM | 2797 | 06/30/2021 | | 1440.00 | ESY 6/30/21 SD |

## Explanation of Pay Groups

| Pay Sum Grp | Explanation |
|---|---|
| REG | Annual salary divided by 24 pay periods = base pay. Base pay will be received each pay period regardless of days in the pay cycle. |
| | Unless, employee does not have enough leave or employee has unexcused absence. |
| HOL | Holiday non worked hours - for information only |
| OVT | Hours worked over 40(43 for Safety & Security) hours a work week @ .5 of hourly rate. Overtime Work Week is Sunday thru Saturday. |

| | Time Record Date (TR) Date = Overtime Week Ending Date. Please note: 1.5 Overtime Hourly Rate = RGP (40/43 hours) Rate + OVT rate |
|---|---|
| RGP | Hours worked beyond the standard work hours @ hourly rate. TR Date = Date hours were worked. |
| RGL | Hours worked on a holiday @ hourly rate. TR Date = Date hours were worked. |
| RGH | Hours worked for hourly position. TR Date = Date hours were worked. |

Click here to learn about your stub's new look!

ATLANTA PUBLIC SCHOOLS

130 Trinity Avenue, S. W.
Atlanta, GA 30303 United States of America

| Number | 53722755 |
| Check Date | 07/30/2021 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

ANGELA M. ANDREWS

3365 Flat Shoals Road
College Park, GA 30349
US

**Net Pay**  3200.71

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| ANGELA M. ANDREWS | 0718 | 113153 | 61112 | 1301 | 07/15/2021 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | | 3960.58 | 48308.90 |
| Total Deductions | | 759.87 | 10235.99 |
| Total Net | | 3200.71 | 38072.91 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Bonus Pay | | | | 1000.00 |
| HOL Holiday Hours (Included in Base Pay) | 82.50 | | | |
| Hours Worked-Hourly EE | | | | 661.08 |

| | | | | |
|---|---|---|---|---|
| One Time Payment | | | | 1641.66 |
| REG Base Pay (annual salary/24 payments) | | | 3040.58 | 42091.16 |
| Summer School Pay | | 920.00 | 920.00 | 2915.00 |
| Total | 82.50 | | 3960.58 | 48308.90 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| Federal Withholding Tax | 238.54 | 3697.22 |
| Fica Medicare Employee Tax | 56.16 | 682.73 |
| Georgia State Tax | 140.11 | 1931.66 |
| Total | 434.81 | 6311.61 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| DENTAL PRE-TAX | 7.22 | 101.08 |
| HEALTH-KAISER-PRETAX | 77.07 | 1078.98 |
| Teachers Retirement System | 237.63 | 2700.36 |
| Vision - Pre Tax | 3.14 | 43.96 |
| Total | 325.06 | 3924.38 |

## Company Taxes

| Description | Current | Year to Date |
|---|---|---|

| | | |
|---|---|---|
| Fica Medicare Employer | 56.16 | 682.73 |
| Georgia Unemployment | | |
| Total | 56.16 | 682.73 |

## Company Deductions

| Description | Current | Year to Date |
|---|---|---|
| BASIC LIFE | 0.15 | 2.10 |
| DENTAL - COMPANY | 4.50 | 63.00 |
| HEALTH-KAISER-ER | 472.50 | 6615.00 |
| Teachers Retirement System ER | 784.59 | 8607.85 |
| Total | 1261.74 | 15287.95 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx1182 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx1000 | Pinnacle Credit Union | 800.17 |
| xxxxx1182 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx0404 | Pinnacle Credit Union | 2400.54 |

## Time Records

| Pay Sum Grp | Position | TR Date | Hours | Wage Amount | Memo |
|---|---|---|---|---|---|
| HOL | 2797 | 07/01/2021 | 7.50 | | |
| HOL | 2797 | 07/02/2021 | 7.50 | | |
| HOL | 2797 | 07/05/2021 | 7.50 | | |

| | | | | |
|---|---|---|---|---|
| HOL | 2797 | 07/06/2021 | 7.50 | |
| HOL | 2797 | 07/07/2021 | 7.50 | |
| HOL | 2797 | 07/08/2021 | 7.50 | |
| HOL | 2797 | 07/09/2021 | 7.50 | |
| HOL | 2797 | 07/12/2021 | 7.50 | |
| HOL | 2797 | 07/13/2021 | 7.50 | |
| HOL | 2797 | 07/14/2021 | 7.50 | |
| HOL | 2797 | 07/15/2021 | 7.50 | |
| REG | 2797 | 07/15/2021 | | 3040.58 |
| SUM | 2797 | 07/07/2021 | | 920.00 | 70721-ESY SUMMER 202 |

## Explanation of Pay Groups

| Pay Sum Grp | Explanation |
|---|---|
| REG | Annual salary divided by 24 pay periods = base pay. Base pay will be received each pay period regardless of days in the pay cycle. |
| | Unless, employee does not have enough leave or employee has unexcused absence. |
| HOL | Holiday non worked hours - for information only |
| OVT | Hours worked over 40(43 for Safety & Security) hours a work week @ .5 of hourly rate. Overtime Work Week is Sunday thru Saturday. |
| | Time Record Date (TR) Date = Overtime Week Ending Date. Please note: 1.5 Overtime Hourly Rate = RGP (40/43 hours) Rate + OVT rate |
| RGP | Hours worked beyond the standard work hours @ hourly rate. TR Date = Date hours were worked. |

| RGL | Hours worked on a holiday @ hourly rate. TR Date = Date hours were worked. |
| RGH | Hours worked for hourly position. TR Date = Date hours were worked. |

Click here to learn about your stub's new look!

ATLANTA PUBLIC SCHOOLS

130 Trinity Avenue, S. W.
Atlanta, GA 30303 United States of America

| | |
|---|---|
| Number | 53728011 |
| Check Date | 08/13/2021 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

ANGELA M. ANDREWS                                              **Net Pay**  2649.28

3365 Flat Shoals Road
College Park, GA 30349                                         NON-NEGOTIABLE
US

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| ANGELA M. ANDREWS | 0718 | 113153 | 42734 | 1301 | 07/31/2021 |

### Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | | 3329.54 | 51638.44 |
| Total Deductions | | 680.26 | 10916.25 |
| Total Net | | 2649.28 | 40722.19 |

### Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Bonus Pay | | | | 1000.00 |
| HOL Holiday Hours (Included in Base Pay) | 67.50 | | | |
| Hours Worked-Hourly EE | | | | 661.08 |

| | | | | |
|---|---|---|---|---|
| One Time Payment | | 96.32 | 96.32 | 1930.62 |
| | | 192.64 | 192.64 | |
| REG Base Pay (annual salary/24 payments) | | 3040.58 | 3040.58 | 45131.74 |
| Summer School Pay | | | | 2915.00 |
| Total | 67.50 | | 3329.54 | 51638.44 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| Federal Withholding Tax | 238.54 | 3935.76 |
| Fica Medicare Employee Tax | 47.01 | 729.74 |
| Georgia State Tax | 124.85 | 2056.51 |
| Total | 410.40 | 6722.01 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| DENTAL PRE-TAX | 7.22 | 108.30 |
| HEALTH-KAISER-PRETAX | 77.07 | 1156.05 |
| Teachers Retirement System | 182.43 | 2882.79 |
| Vision - Pre Tax | 3.14 | 47.10 |
| Total | 269.86 | 4194.24 |

## Company Taxes

| Description | Current | Year to Date |
|---|---|---|
| Fica Medicare Employer | 47.01 | 729.74 |
| Georgia Unemployment | | |
| Total | 47.01 | 729.74 |

## Company Deductions

| Description | Current | Year to Date |
|---|---|---|
| BASIC LIFE | 0.15 | 2.25 |
| DENTAL - COMPANY | 4.50 | 67.50 |
| HEALTH-KAISER-ER | 472.50 | 7087.50 |
| Teachers Retirement System ER | 602.34 | 9210.19 |
| Total | 1079.49 | 16367.44 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx1182 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx1000 | Pinnacle Credit Union | 662.32 |
| xxxxx1182 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx0404 | Pinnacle Credit Union | 1986.96 |

## Time Records

| Pay Sum Grp | Position | TR Date | Hours | Wage Amount | Memo |
|---|---|---|---|---|---|
| HOL | 2797 | 07/16/2021 | 7.50 | | |
| HOL | 2797 | 07/19/2021 | 7.50 | | |

| | | | | | |
|---|---|---|---|---|---|
| HOL | 2797 | 07/20/2021 | 7.50 | | |
| HOL | 2797 | 07/21/2021 | 7.50 | | |
| HOL | 2797 | 07/22/2021 | 7.50 | | |
| HOL | 2797 | 07/23/2021 | 7.50 | | |
| HOL | 2797 | 07/26/2021 | 7.50 | | |
| HOL | 2797 | 07/27/2021 | 7.50 | | |
| HOL | 2797 | 07/28/2021 | 7.50 | | |
| ONE | 2797 | 05/26/2021 | | 96.32 | 52621-COMPENSATORY S |
| ONE | 2797 | 05/26/2021 | | 192.64 | 52621-COMPENSATORY S |
| REG | 2864 | 07/31/2021 | | 3040.58 | |

## Explanation of Pay Groups

| Pay Sum Grp | Explanation |
|---|---|
| REG | Annual salary divided by 24 pay periods = base pay. Base pay will be received each pay period regardless of days in the pay cycle. |
| | Unless, employee does not have enough leave or employee has unexcused absence. |
| HOL | Holiday non worked hours - for information only |
| OVT | Hours worked over 40(43 for Safety & Security) hours a work week @ .5 of hourly rate. Overtime Work Week is Sunday thru Saturday. |
| | Time Record Date (TR) Date = Overtime Week Ending Date. Please note: 1.5 Overtime Hourly Rate = RGP (40/43 hours) Rate + OVT rate |
| RGP | Hours worked beyond the standard work hours @ hourly rate. TR Date = Date hours were worked. |

| RGL | Hours worked on a holiday @ hourly rate. TR Date = Date hours were worked. |
| RGH | Hours worked for hourly position. TR Date = Date hours were worked. |

Click here to learn about your stub's new look!

ATLANTA PUBLIC SCHOOLS

130 Trinity Avenue, S. W.
Atlanta, GA 30303 United States of America

| | |
|---|---|
| Number | 53734832 |
| Check Date | 08/31/2021 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

ANGELA M. ANDREWS        **Net Pay** 2605.00

3365 Flat Shoals Road

College Park, GA 30349        NON-NEGOTIABLE

US

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| ANGELA M. ANDREWS | 0718 | 113153 | 42734 | 1301 | 08/15/2021 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | | 3392.63 | 55031.07 |
| Total Deductions | | 787.63 | 11703.88 |
| Total Net | | 2605.00 | 43327.19 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Bonus Pay | | | | 1000.00 |
| HOL Holiday Hours (Included in Base Pay) | | | | |
| Hours Worked-Hourly EE | | | | 661.08 |

| One Time Payment | | | | 1930.62 |
|---|---|---|---|---|
| REG Base Pay (annual salary/24 payments) | | | 3242.63 | 48374.37 |
| Stipend Pay | | 150.00 | 150.00 | 150.00 |
| Summer School Pay | | | | 2915.00 |
| Total | | | 3392.63 | 55031.07 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| Federal Withholding Tax | 313.32 | 4249.08 |
| Fica Medicare Employee Tax | 47.93 | 777.67 |
| Georgia State Tax | 144.39 | 2200.90 |
| Total | | 7227.65 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| DENTAL PRE-TAX | 7.22 | 115.52 |
| HEALTH-KAISER-PRETAX | 77.07 | 1233.12 |
| Teachers Retirement System | 194.56 | 3077.35 |
| Vision - Pre Tax | 3.14 | 50.24 |
| Total | | 4476.23 |

## Company Taxes

| Description | Current | Year to Date |
|---|---|---|
| Fica Medicare Employer | 47.93 | 777.67 |
| Georgia Unemployment | | |
| Total | | 777.67 |

## Company Deductions

| Description | Current | Year to Date |
|---|---|---|
| BASIC LIFE | 0.15 | 2.40 |
| DENTAL - COMPANY | 4.50 | 72.00 |
| HEALTH-KAISER-ER | 472.50 | 7560.00 |
| Teachers Retirement System ER | 642.37 | 9852.56 |
| Total | | 17486.96 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx1182 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx1000 | Pinnacle Credit Union | 651.25 |
| xxxxx1182 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx0404 | Pinnacle Credit Union | 1953.75 |

## Time Records

| Pay Sum Grp | Position | TR Date | Hours | Wage Amount | Memo |
|---|---|---|---|---|---|
| REG | 2864 | 08/15/2021 | | 3242.63 | |
| STP | 2864 | 08/15/2021 | | 150.00 | |

Explanation of Pay Groups

| Pay Sum Grp | Explanation |
|---|---|
| REG | Annual salary divided by 24 pay periods = base pay. Base pay will be received each pay period regardless of days in the pay cycle. |
| | Unless, employee does not have enough leave or employee has unexcused absence. |
| HOL | Holiday non worked hours - for information only |
| OVT | Hours worked over 40(43 for Safety & Security) hours a work week @ .5 of hourly rate. Overtime Work Week is Sunday thru Saturday. |
| | Time Record Date (TR) Date = Overtime Week Ending Date. Please note: 1.5 Overtime Hourly Rate = RGP (40/43 hours) Rate + OVT rate |
| RGP | Hours worked beyond the standard work hours @ hourly rate. TR Date = Date hours were worked. |
| RGL | Hours worked on a holiday @ hourly rate. TR Date = Date hours were worked. |
| RGH | Hours worked for hourly position. TR Date = Date hours were worked. |

Click here to learn about your stub's new look!

ATLANTA PUBLIC SCHOOLS

130 Trinity Avenue, S. W.
Atlanta, GA 30303 United States of America

| | |
|---|---|
| Number | 53741829 |
| Check Date | 09/15/2021 |

*VOID VOID VOID VOID VOID VOID VOID VOID*

Pay to the order of

**Net Pay  2605.01**

ANGELA M. ANDREWS

3365 Flat Shoals Road
College Park, GA 30349
US

NON-NEGOTIABLE

| Name | Social Number | Employee Number | Process Level | Department | Period End |
|---|---|---|---|---|---|
| ANGELA M. ANDREWS | 0718 | 113153 | 42734 | 1301 | 08/31/2021 |

## Summary

| Description | Hours | Current | Year to Date |
|---|---|---|---|
| Total Gross | | 3392.63 | 58423.70 |
| Total Deductions | | 787.62 | 12491.50 |
| Total Net | | 2605.01 | 45932.20 |

## Earnings

| Description | Hours | Rate | Current | Year to Date |
|---|---|---|---|---|
| Bonus Pay | | | | 1000.00 |
| HOL Holiday Hours (Included in Base Pay) | | | | |
| Hours Worked-Hourly EE | | | | 661.08 |

| | | | | |
|---|---|---|---|---|
| One Time Payment | | | | 1930.62 |
| REG Base Pay (annual salary/24 payments) | | | 3242.63 | 51617.00 |
| Stipend Pay | | 150.00 | 150.00 | 300.00 |
| Summer School Pay | | | | 2915.00 |
| Total | | | 3392.63 | 58423.70 |

## Taxes

| Description | Current | Year to Date |
|---|---|---|
| Federal Withholding Tax | 313.32 | 4562.40 |
| Fica Medicare Employee Tax | 47.92 | 825.59 |
| Georgia State Tax | 144.39 | 2345.29 |
| Total | | 7733.28 |

## Pretax Deductions

| Description | Current | Year to Date |
|---|---|---|
| DENTAL PRE-TAX | 7.22 | 122.74 |
| HEALTH-KAISER-PRETAX | 77.07 | 1310.19 |
| Teachers Retirement System | 194.56 | 3271.91 |
| Vision - Pre Tax | 3.14 | 53.38 |
| Total | | 4758.22 |

## Company Taxes

| Description | Current | Year to Date |
|---|---|---|
| Fica Medicare Employer | 47.92 | 825.59 |
| Georgia Unemployment | | |
| Total | | 825.59 |

## Company Deductions

| Description | Current | Year to Date |
|---|---|---|
| BASIC LIFE | 0.15 | 2.55 |
| DENTAL - COMPANY | 4.50 | 76.50 |
| HEALTH-KAISER-ER | 472.50 | 8032.50 |
| Teachers Retirement System ER | 642.37 | 10494.93 |
| Total | | 18606.48 |

## Auto Deposit Distributions

| Routing | Account | Description | Amount |
|---|---|---|---|
| xxxxx1182 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx1000 | Pinnacle Credit Union | 651.25 |
| xxxxx1182 | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx0404 | Pinnacle Credit Union | 1953.76 |

## Time Records

| Pay Sum Grp | Position | TR Date | Hours | Wage Amount | Memo |
|---|---|---|---|---|---|
| REG | 2864 | 08/31/2021 | | 3242.63 | |
| STP | 2864 | 08/31/2021 | | 150.00 | |

Explanation of Pay Groups

| Pay Sum Grp | Explanation |
|---|---|
| REG | Annual salary divided by 24 pay periods = base pay. Base pay will be received each pay period regardless of days in the pay cycle. |
| | Unless, employee does not have enough leave or employee has unexcused absence. |
| HOL | Holiday non worked hours - for information only |
| OVT | Hours worked over 40(43 for Safety & Security) hours a work week @ .5 of hourly rate. Overtime Work Week is Sunday thru Saturday. |
| | Time Record Date (TR) Date = Overtime Week Ending Date. Please note: 1.5 Overtime Hourly Rate = RGP (40/43 hours) Rate + OVT rate |
| RGP | Hours worked beyond the standard work hours @ hourly rate. TR Date = Date hours were worked. |
| RGL | Hours worked on a holiday @ hourly rate. TR Date = Date hours were worked. |
| RGH | Hours worked for hourly position. TR Date = Date hours were worked. |

Click here to learn about your stub's new look!